No. 1188, Misc. FAIR *v.* BOARD OF ELECTIONS, CITY OF TAMPA, FLORIDA. Motion for leave to file petition for writ of mandamus denied.

No. 1015. WITHERSPOON *v.* ILLINOIS ET AL. Sup. Ct. Ill.; and

No. 1016. BUMPER *v.* NORTH CAROLINA. Sup. Ct. N. C. Motions of Oscar Turner, Rebecca B. Madden, and American Friends Service Committee et al. for leave to file briefs, as *amici curiae,* in No. 1015, granted. Motion of NAACP Legal Defense & Educational Fund, Inc., et al., for leave to file brief, as *amici curiae,* in both cases, granted. *Joel W. Westbrook* for Turner; *John P. Frank* and *John J. Flynn* for Madden; *Alex Elson, Willard J. Lassers* and *Marvin Braiterman* for American Friends Service Committee et al.; and *Jack Greenberg, James M. Nabrit III, Michael Meltsner, Leroy D. Clark, Norman C. Amaker, Charles S. Ralston* and *Anthony G. Amsterdam* for NAACP Legal Defense & Educational Fund, Inc., et al., on the motions. [For earlier orders herein, see, *e. g., ante,* p. 986.]

No. 1178, Misc. MARCHESE *v.* UNITED STATES ET AL. Motion for leave to file petition for writ of habeas corpus denied. *Burton Marks* and *Bruce I. Hochman* for petitioner.